UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NEGRO,<br><br>      Plaintiff,<br><br>vs.<br><br>LANDER COUNTY, a political subdivision of the State of Nevada, KEITH WESTENGARD, an individual,<br><br>      Defendants.<br>_____/ | Case No.: 3:17-cv-00044-LRH-VPC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO OPPOSE MSJ (ECF No. 26) (FIRST REQUEST)**<br><br>**AND ORDER THEREON** |

The parties, by and through their respective undersigned counsel, stipulate that there is good cause under Fed. R. Civ. P. 6(b) to grant an enlargement of time within which Plaintiff shall have to file and serve a response to the motion for summary judgment, ECF No. 26, for a period of 31 days, from its current due date of January 5, 2018, to and including February 5, 2018. Additional time is needed to assemble the record, complete the briefing and legal

research, and to account for family time over the holiday season.  This is the first request.

DATED: December 29, 2017

          BY:    /s/ Ken McKenna
                   KENNETH J, McKENNA, ESQ.
                   LAW OFFICE OF KENNETH J. McKENNA
                   Attorney for Plaintiff

          BY:    /s/ Rebecca Bruch, Esq.
                   REBECCA BRUCH, ESQ.
                   ERICKSON, THORPE & SWAINSTON
                   Attorneys for Defendants

# **O R D E R**

IT IS SO ORDERED.

DATED this 2nd day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE