# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD NEGRO,

    Plaintiff,

vs.

LANDER COUNTY, a political subdivision of the State of Nevada, KEITH WESTENGARD, an individual,

    Defendants.

Case No.: 3:17-cv-00044-LRH-VPC

**REQUEST FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

**AND ORDER THEREON**

Pursuant to LR II 7-2(g), Plaintiff seeks leave of Court to cite to supplemental authority in opposition to the motion for summary judgment, ECF No. 26. Although Plaintiff recently filed his opposition to the motion for summary judgment, ECF No. 29, counsel has since become aware of a December 26, 2017 decision of the Nevada Supreme Court that clarifies the question of whether discretionary function immunity under NRS 41.032 applies to intentional torts. Plaintiff wishes to provide that citation to the Court.

DATED: February 12, 2018

                BY:    /s/ Ken McKenna
                          KENNETH J, McKENNA, ESQ.
                          LAW OFFICE OF KENNETH J. McKENNA
                          Attorney for Plaintiff

**O R D E R**

Leave of court to file the referenced supplemental authority is hereby GRANTED.

DATED this 13th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE